

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-23-2002

# Williams v. Comm Social Security

Precedential or Non-Precedential: Non-Precedential

Docket No. 01-2241

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Williams v. Comm Social Security" (2002). *2002 Decisions.* Paper 295.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/295

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 01-2241

THOMAS WILLIAMS,
                    Appellant
                v.
COMMISSIONER OF SOCIAL SECURITY

On Appeal from the United States District Court
for the District of New Jersey
D.C. Civil Action No. 99-cv-02253
(Honorable John C. Lifland)

Submitted Pursuant to Third Circuit LAR 34.1(a)
January 17, 2002
Before:  SCIRICA and ROSENN, Circuit Judges, and KANE, District Judge*
(Filed   May 23, 2002)

*The Honorable Yvette Kane, United States District Judge for the Middle District of Penns

OPINION OF THE COURT

SCIRICA, Circuit Judge.

This is an appeal from a denial of disability benefits under the Social Security Act. App
We will affirm.

I.

Thomas Williams has been trying unsuccessfully to receive social security disability bene
In 1992, we affirmed the Social Security Appeals Council's denial of disability for the p

II.

We review decisions to deny disability on a substantial evidence basis.  42 U.S.C.   405(
Williams also claims error under 20 C.F.R.   404.1520(e) (1985).  Substantial evidence in
Williams claims the Appeals Council erred by applying res judicata to the question of dis
Finally, Williams claims the District Court improperly denied his motion to compel the Co
Williams initially filed for disability benefits on October 20, 1987, two years after the

III.

For the foregoing reasons, we will affirm the judgment of the District Court.

TO THE CLERK:

        Please file the foregoing opinion.
                            /s/ Anthony J. Scirica
                            Circuit Judge

DATED: May 23, 200